UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CONNIE ELAINE CARR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:24 CV 30 CDP ) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

This matter is before me on defendant's motion to reverse and remand this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). For good cause shown, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to reverse and remand [10] is granted, and the decision of the Commissioner is reversed and this case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that the motion for extension of time [9] is denied as moot.

A separate Judgment in accordance with this Order is entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of July, 2024.