UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CONNIE ELAINE CARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24 CV 30 CDP |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $5,170.60. [13]. Defendant does not object to an award of fees in the requested amount. ECF 14.

On July 15, 2024, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. ECF 12. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees, I find plaintiff is entitled to an award of fees in the requested amount.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [13] is granted as follows: plaintiff shall recover attorney's fees from the Social

Security Administration in the amount of $5,170.60, and under the terms of Plaintiff's Affidavit and Assignment of EAJA Attorney Fee executed by the plaintiff in this case (ECF 13-3), the award shall be made payable to the Parmele Law Firm, P.C., unless plaintiff has a pre-existing debt owed to the United States, in which case the award shall be made payable to the plaintiff and subject to offset to satisfy that debt.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of October, 2024.